Case Number: 08-50165
Debtor Name: MACZKO, BRUCE MYRON

FILED
2010 MAY 17 PM 2:46
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $3,363.30 |
| | Marc P. Gertz<br>Trustee<br>11 S. Forge St.<br>Akron OH 44304 | Administrative | 100 | $840.83 | $0.00 | $840.83 | $840.83 | $2,522.47 |
| | Marc P. Gertz<br>Trustee<br>11 S. Forge St.<br>Akron OH 44304 | Administrative | 100 | $53.28 | $0.00 | $53.28 | $53.28 | $2,469.19 |
| Subtotals For Class Administrative 100.00% | | | | $894.11 | $0.00 | $894.11 | $894.11 | |
| 4 | IRS Insolvency Group 3<br>1240 East Ninth Street<br>Mail Stop 8<br>Attention: Rosemary Selepena<br>Cleveland, OH 44199 | Priority | 280 | $1,008.88 | $0.00 | $1,008.88 | $1,008.88 | $1,460.31 |
| Subtotals For Class Priority 100.00% | | | | $1,008.88 | $0.00 | $1,008.88 | $1,008.88 | |
| 1 | Barberton Citizens Hospital<br>155 5th Street, N.E.<br>Barberton, OH 44203 | Unsecured | 300 | $164.08 | $0.00 | $164.08 | $11.81 | $1,448.50 |
| 2 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | 300 | $14,959.17 | $0.00 | $14,959.17 | $1,076.36 | $372.14 |
| 3 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Unsecured | 300 | $1,170.91 | $0.00 | $1,170.91 | $84.25 | $287.89 |
| 5 | Motorist Mutual Insurance Co.<br>471 E. Broad St.<br>Columbus, OH 43215-3861 | Unsecured | 300 | $46.68 | $0.00 | $46.68 | $3.36 | $284.53 |
| 6 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Unsecured | 300 | $1,142.08 | $0.00 | $1,142.08 | $82.18 | $202.35 |
| 7 | US Bank Corp/Retail Payment Solutions<br>PO BOX 5229<br>Cincinnati, Ohio 45201 | Unsecured | 300 | $1,560.97 | $0.00 | $1,560.97 | $112.32 | $90.03 |
| 8 | US Bank Corp/Retail Payment Solutions<br>PO BOX 5229<br>Cincinnati, Ohio 45201 | Unsecured | 300 | $428.00 | $0.00 | $428.00 | $30.80 | $59.23 |
| 10 | Chase Bank USA,N.A<br>P O Box 740933<br>Dallas,Tx 75374 | Unsecured | 300 | $284.78 | $0.00 | $284.78 | $20.49 | $38.74 |
| 11 | PHARIA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | 300 | $538.59 | $0.00 | $538.59 | $38.74 | $0.00 |
| 4 | IRS Insolvency Group 3<br>1240 East Ninth Street<br>Mail Stop 8<br>Attention: Rosemary Selepena<br>Cleveland, OH 44199 | Unsecured | 380 | $3.95 | $0.00 | $3.95 | $0.00 | $0.00 |
| Subtotals For Class Unsecured 7.19% | | | | $20,299.21 | $0.00 | $20,299.21 | $1,460.31 | |
| 9 | Saxon Mortgage<br>4708 Mercantile Dr.<br>Fort Worth, TX 76137 | Secured | 400 | $124,271.07 | $0.00 | $124,271.07 | $0.00 | $0.00 |

Ck # 1012
#81475

Date printed 5/14/2010 11:20 AM